# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 19, 2019

### NO. 03-17-00504-CR

**Troy Anthony White, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND KELLY
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgments requiring reversal. However, there was error in the judgments that requires correction. Therefore, the Court modifies the trial court's judgments of conviction to reflect that the "Statute for Offense" is "22.021(a)(1)(B), (f)(1) Penal Code." The judgments, as modified, are affirmed. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.